

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00034-CV

| | | |
|---|---|---|
| Josh and Kelli Savering, Chattanya Chavda, Pannaben Nancha, Phillip and Lisa Klotz, Paul Arseneau, Allison Blackstein, and Jack A. Muhlbeier | § | From the 348th District Court |
| | § | of Tarrant County (348-270155-14) |
| | § | September 29, 2016 |
| | § | Opinion by Justice Meier |
| v. | § | Dissent by Justice Sudderth |
| City of Mansfield | § | (en banc) |

## JUDGMENT ON EN BANC RECONSIDERATION

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee City of Mansfield shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier